**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Ann Marie Napoli aka Annmarie Napoli**
**Debtor(s)**

**BK NO. 26-01269 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
11 Aug 2026, 12:43:00, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322