UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ann Marie Napoli aka Annmarie Napoli<br>Debtor<br><br>Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4<br>v.<br><br>Ann M. Napoli aka Annmarie Napoli<br>Jack N. Zaharopoulos - Trustee<br>Respondents | CASE NO.: 26-01269-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: 08/20/2026 at 10:00 AM |

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4 ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 126 Cayuga Trl, Milford, PA 18337 ("Property"), by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor filed a Chapter 13 Plan on May 22, 2026.

2. Upon information and belief, the Property was subject of a foreclosure auction taking place on April 15, 2026, resulting in sale back to Secured Creditor. Once the hammer has fallen at the sheriff's sale, the mortgagor has no right to redeem. *See In re Townsville*, 268 B.R. 95, 118–19 (Bankr. E.D. Pa. 2001) (*citing Bundy v. Donovan (In re Bundy)*, 183 B.R. 700, 701 (Bankr.W.D.Pa.1995)). Accordingly, Secured Creditor Objects to the inclusion of the Property in the Debtor's Plan.

3. Additionally, Secured Creditor Objects to the inclusion of any non-standard terms that seek to amend the rights of the Parties as set forth in the loan documents.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

EXECUTED ON: August 14, 2026


By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ann Marie Napoli aka Annmarie Napoli<br>Debtor<br><br>Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4<br>v.<br><br>Ann M. Napoli aka Annmarie Napoli<br>Jack N. Zaharopoulos - Trustee<br>Respondents | CASE NO.: 26-01269-MJC<br><br>CHAPTER 13<br><br>Judge: Mark J. Conway<br><br>Hearing Date: 08/20/2026 at 10:00 AM |

**CERTIFICATE OF SERVICE OF NOTICE OF OBJECTION TO PLAN (PA)**

The undersigned counsel for Select Portfolio Servicing, Inc. as Servicer for , ("Secured Creditor") certify that, on the date stated hereon, I caused to be served a copy of the **Objection to Plan (PA)** filed on behalf of Secured Creditor on the parties in the manner specified on the attached service list.

The type(s) of service made on the parties was: electronic notification or first class mail, postage pre-paid. Where service is by electronic notification, the address of the party is listed for identification purposes only.

EXECUTED ON: August 14, 2026


By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R4, Mortgage-Backed Notes, Series 2021-R4
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Ann M. Napoli aka Annmarie Napoli
126 Cayuga Trail
Milford, PA 18337-0000
Bankruptcy Debtor

**Service by NEF**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Mark E. Moulton
693 State Route 739, Suite #1
Lords Valley, PA 18428
Attorney

Asst. U.S. Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee