# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Ann Marie Napoli<br>aka Annmarie Napoli<br>**Debtor(s)** | **CHAPTER** **13**<br>**CASE NO.** **5:26-01269-MJC**<br>**ADV. NO.** **0-0**<br>**NATURE OF PROCEEDING:** **Motion for Relief Hearing**<br>DOCUMENT No.s **38, 40** |
| U.S. BANK TRUST COMPANY Association,<br>**Plaintiff(s)/ Movants**<br>**vs.**<br>Ann Marie Napoli<br>aka Annmarie Napoli<br>**Defendant(s)/ Respondent(s)** | |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

There is an underlying State Court Matter where Debtor has Moved to Set Aside the Sheriff's Sale. Resolution of that matter in State Court will materially effect the parties position regarding the Motion For Relief. The State Court matter is likely to be scheduled in mid October 2026 for hearing. There is a request to move this relief hearing to a date of the Honourable Court's preference toward the end of October 2026.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 18, 2026

*Mark E. Moulton*, Esq.

Applicant's Signature

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.