# LOCAL BANKRUPTCY FORM 9013-4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Ann Marie Napoli aka<br>Annmarie Napoli<br>**Debtor(s)** | **CHAPTER** 13<br>**CASE NO.** 5-26-bk-01269 |
| Select Portfolio Servicing, Inc. as Servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the<br>**Plaintiff(s)/Movant(s)** | **ADVERSARY NO.** __-__-ap-______<br>**(if applicable)** |
| **vs.**<br>Ann Marie Napoli aka<br>Annmarie Napoli<br>**Defendant(s)/Respondent(s)** | **Nature of Proceeding:** Plan Confirmation<br>**Document #:** ##'s 47, 49 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

there is a pending issue in state court to address the Debtor's Standing

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/14/2026

Mark E. Moulton

Attorney for Ann Marie Napoli

Name: Mark E. Moulton, Esq.

Phone Number: 570-775-9525

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.